UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAY HIRSHBERG,

    Plaintiff,

v.     Case No. 2:20-cv-00593-FtM-66MRM

LYMAN PRODUCTS CORPORATION, a foreign corporation, RICK RANZINGER, and EDWARD WYTRYCH

    Defendant.
_____/

## CASE MANAGEMENT REPORT[1]

The parties agree to these dates and discovery plan under Federal Rule of Civil Procedure 26 and Local Rule 3.05:

| DEADLINE | AGREED DATE |
|---|---|
| **Corporate Disclosure Statements** [Due immediately upon each party's first appearance] | Plaintiff filed on N/A<br>Defendant filed on 8/21/2020 |
| **Rule 26(a)(1) Initial Disclosures** [Due 14 days after Rule 26(f) conference] | ☐ Exchanged<br>☒ To be exchanged by 11/2/2020 |
| **Motions to Add Parties or Amend Pleadings** [Court recommends 1 to 2 months after the Rule 26(f) conference] | 12/18/2020 |

---

[1] The Court is not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1

| DEADLINE | AGREED DATE |
|---|---|
| **Disclosure of Expert Reports** [Court recommends the last disclosure to occur 1 to 2 months before the discovery deadline] | Plaintiff:   7/30/2021<br>Defendant (includes rebuttal):   8/31/2021<br>Plaintiff Rebuttal:   9/30/2021 |
| **Discovery** [Court recommends 6 to 8 months before the trial term so it can decide dispositive motions] | 10/29/2021 |
| **Dispositive and *Daubert* Motions** [Court recommends at least 4 months before the meeting to prepare the joint final pretrial statement] | 12/3/2021 |
| **Meeting in Person to Prepare Joint Final Pretrial Statement** [Court recommends 1 month before the Final Pretrial Conference] | 4/4/2022 |
| **Motions in Limine** [Court recommends 3 days before the deadline for Joint Final Pretrial Statement and Trial Briefs] | 4/8/2022 |
| **Joint Final Pretrial Statement and Trial Briefs** [Court recommends 3 weeks before the Final Pretrial Conference] | 4/13/2022 |
| **Final Pretrial Conference** | 5/4/2022 |
| **Monthly Trial Term** [Cases are scheduled for a monthly trial term—not a specific date.   The Court recommends 20 to 22 months after the case is filed or removed] | June 2022 |

| DEADLINE | AGREED DATE |
|---|---|
| **Estimated Length of Trial** | 2 days |
| **Jury or Non-Jury** | Non-Jury |
| **Mediation** [Court recommends mediation after the discovery deadline but before dispositive motions] | Deadline:  11/19/2021<br>Mediator: George Knott |
| **Settlement** | ☐ Likely<br>☒ Unlikely |
| **All Parties Consent to the Assigned Magistrate Judge**[2] | ☐ For all purposes including trial<br>☐ For some purposes like class certification, summary judgment, or motions for a final order or judgment (please list)<br>☒ For no other purpose beyond authority granted by statute, rule, and referral |
| **All Parties Request a Settlement Conference with a Magistrate Judge** | ☐ Yes<br>☐ No<br>☒ Likely to Request in Future |
| **Related Case Notice Completed** (Available on the assigned district judge's website) | ☒ Yes |

A.  **Preliminary Pretrial Conferences**

   **For cases assigned to United States District Judge Sheri Polster Chappell**, the assigned Magistrate Judge will hold a preliminary pretrial conference ("PPTC") in most cases after the parties file this Case Management Report.  The parties should expect to discuss these topics at the PPTC:  the facts, unique issues anticipated by counsel, the Court's case management practices and procedures,

---

[2] If the parties wish to voluntarily consent to the assigned Magistrate Judge, they must sign and file either the AO Form 85 (consent for all purposes including trial) or AO Form85A (consent for some purpose like a specific motion) found on the Court's website.

deadlines to govern the case, prospects of settlement, pending motions, scope of discovery, need for expert witnesses, length of trial, and calendar conflicts. Unresolved issues to discuss at the PPTC include:

Consolidation with *M Seven Holdings LLC f/k/a Mark 7 Reloading, LLC v. Lyman Products Corporation*, Case No. 2:20-cv-00433-JLB-NPM, transfer of the consolidated action or this action, if not consolidated, to the United States District Court for the District of Connecticut, and remand of this action to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

After the PPTC, the assigned Magistrate Judge will issue a Case Management and Scheduling Order to govern the case.

**For cases assigned to United States District Judge Thomas Barber and Senior United States District Judge John E. Steele**, a preliminary pretrial conference is mandatory only in Track Three cases. The Court will consider a request to re-track a Track Two case to a Track Three case only after a class is certified and/or motions to dismiss have been decided in complex actions. For Track Two cases, Judges Barber and Steele will issue Case Management and Scheduling Orders after the parties file a Case Management Report.

### B. Discovery

The parties must **jointly** file—along with this Case Management Report and Related Case Notice—the "Pretrial & Discovery Plan" found on the assigned Magistrate Judge's website. The Pretrial & Discovery Plan, Case Management Report, and Related Case Notice must be filed as **three separate docket entries**. The parties must also follow the Discovery Handbook for the Middle District of Florida available on the Court's website.

### C. Mediation

Without mandatory arbitration or a Court order otherwise, the parties in every case **must** participate in mediation. The parties must select a mediator from the Court's approved list of mediators found on its website.

4

Date:   October 19, 2020

/s/ Ian A. Northon
Ian A. Northon
Florida Bar No. 101544
Rhoades McKee PC
Main Office: 55 Campau Ave., N.W. Ste. 300
Grand Rapids, MI 49503
Telephone: (616) 235-3500
Local Address: 9128 Strada Place Ste. 10115
Naples, FL 34108
inorthon@rhoadesmckee.com
smd@rhoadesmckee.com

*Attorney for Plaintiff Jay Hirshberg*

/s/ *Adam B. Marks*
ADAM B. MARKS, ESQUIRE
Connecticut Bar No. 430300
amarks@uks.com
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street 17th Floor
Hartford, CT 06103
(860) 548-2663

*Trial Counsel*
*Admitted Pro Hac Vice*

and

/s/ *John N. Muratides*
JOHN N. MURATIDES, ESQUIRE
Florida Bar. No. 332615
jmuratides@stearnsweaver.com
lwade@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2100
Tampa, Florida 33602
Telephone:   (813) 223-4800
Facsimile:   (813) 222-5089

*Attorneys for Defendants Lyman Products Corporation, Rick Ranzinger, and Edward Wytrych*

44652/0002/8927235 v1